UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION -- LEXINGTON

| | |
|---|---|
| SANDRA K. NICHOLS and DANA D. NICHOLS,<br><br>Plaintiffs,<br><br>V.<br><br>CANTRELL'S 1st STOP, INC., et al.,<br><br>Defendants. | CIVIL ACTION NO. 5:16-CV-479-KKC<br><br>OPINION & ORDER |

This matter is before the Court on plaintiffs' combined motion (DE 20) requesting substitution of a party defendant and an extension of time in which to file their response to defendants' motion to dismiss (DE 19). Having been sufficiently advised, and noting that "Cintas Corporation No. 2" has already filed a motion to dismiss in this matter (DE 19),

IT IS HEREBY ORDERED:

1. Plaintiffs' motion, seeking substitution of "Cintas Corporation No. 2" for "Cintas Corporation" as defendant is **GRANTED**, and said "Cintas Corporation No. 2" shall be substituted as a defendant; and

2. Plaintiffs' motion, seeking an extension of time is **GRANTED**. Plaintiffs have up to and including **FRIDAY, NOVEMBER 10, 2017**, to respond to defendants' motion to dismiss (DE 19).

Dated October 17, 2017.



*Karen K. Caldwell*
KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY