Eastern District of Kentucky
F I L E D

NOV 1 4 2017

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DIVISION OF KENTUCKY
### CENTRAL DIVISION AT LEXINGTON
### CASE NO: 5:16-CV-00479-KKC

SANDRA K. NICOLS, et al.                                    **PLAINTIFFS**

**v.**

**1ST STOP, INC., et al.**                                  **DEFENDANTS**

## OPINION & ORDER

This matter is before the Court on Defendant Cintas Corporation No. 2's Motion to Dismiss Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Having been sufficiently advised, and noting that subsequent to the filing of Defendant Cintas No. 2's Motion to Dismiss, Plaintiffs voluntarily dismissed Defendant Cintas No. 2 pursuant to FRCP 41(a),

IT IS HEREBY ORDERED:

1. Defendant Cintas Corporation No. 2's Motion to Dismiss Amended Complaint is DENIED as moot.

Dated November _13_, 2017

_Karen K. Caldwell_
KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY