**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**AT LEXINGTON**

| | |
|---|---|
| **SANDRA K. NICHOLS, et al.,** | **CIVIL ACTION NO. 5:16-cv-479-KKC** |
|     **Plaintiffs,** | |
| **V.** | **JUDGMENT** |
| **1ˢᵗ STOP, et al.,** | |
|     **Defendants.** | |

**\*\*\* \*\*\* \*\*\***

In accordance with the Order entered contemporaneously, the Court HEREBY ORDERS and ADJUDGES as follows:

(1) Defendants' motion for summary judgment [DE 34] is **GRANTED** in full;

(2) This matter is **DISMISSED** and **STRICKEN** from the active docket; and

(3) This judgment is **FINAL** and **APPEALABLE**.

Dated February 21, 2019.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY